UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING CORPORATION,<br><br>                      Petitioner,<br><br>   v.<br><br>HENRY DEAN, as trustee of the SHARON GRAHAM BINGHAM 2007 TRUST, and PARK PLACE MOTORS, LTD.,<br><br>                      Respondents. | C17-528 TSZ<br><br>MINUTE ORDER |
| LVB-OGDEN MARKETING CORPORATION,<br><br>                      Plaintiff,<br><br>   v.<br><br>PATRICK L. MCCOURT, STEPHANIE J. MCCOURT, DAVID S. BINGHAM, SHARON BINGHAM, FRANCES P. GRAHAM, CHRISTOPHER G. BINGHAM, CHERISH BINGHAM a/k/a CHERISH BURGESS, SCOTT F. BINGHAM, KELLY BINGHAM, and BINGO INVESTMENTS, LLC,<br><br>                      Defendants. | C09-4518 (N.D. Ill.) |

MINUTE ORDER - 1

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On May 31, 2017, the Court entered two Orders, docket nos. 19, 20, granting in part and denying in part petitioner's motion to compel compliance with subpoenas, docket no. 1. Three months have elapsed since the Court entered these Orders without further activity in this matter. Unless any party objects within fourteen (14) days of the date of this Minute Order, the Court will close the case.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of September, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2