# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING, LLC,<br><br>Petitioner,<br><br>v.<br><br>BINGO INVESTMENTS, LLC,<br><br>Respondent. | No. 2:17-cv-528-TSZ<br><br>MINUTE ORDER |
| LVB-OGDEN MARKETING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK L. MCCOURT, STEPHANIE J. MCCOURT, DAVID S. BINGHAM, SHARON BINGHAM, FRANCES P. GRAHAM, CHRISTOPHER G. BINGHAM, CHERISH BINGHAM a/k/a CHERISH BURGESS, SCOTT F. BINGHAM, KELLY BINGHAM, and BINGO INVESTMENTS, LLC,<br><br>Defendants. | No. 09-cv-4518 (N.D. Ill.) |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Bingo Investments, LLC ("Bingo") shall produce all non-privileged documents in its possession, custody, or control that are responsive to the document requests served on Bingo by LVB-Ogden Marketing by January 31, 2018.

MINUTE ORDER - 1

(2) Bingo shall respond to each of the interrogatories served on it by LVB-Ogden Marketing by January 31, 2018.

(3) The Court finds that Bingo has waived any objections to the document requests or interrogatories. Bingo is therefore precluded from relying on any such objections in attempting to withhold documents or information responsive to these discovery requests.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of December, 2017.

                                              <u>William M. McCool</u>
                                              Clerk

                                              <u>s/Karen Dews</u>
                                              Deputy Clerk