1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

LVB-OGDEN MARKETING
CORPORATION,

8

Petitioner,

9

10

v.

C17-528 TSZ

11

HENRY DEAN, as trustee of the
SHARON GRAHAM BINGHAM
2007 TRUST, and PARK PLACE
MOTORS, LTD.,

MINUTE ORDER

12

13

Respondents.

14

LVB-OGDEN MARKETING
CORPORATION,

15

Plaintiff

16

v.

17

18

PATRICK L. MCCOURT, STEPHANIE
J. MCCOURT, DAVID S. BINGHAM,
SHARON BINGHAM, FRANCES P.
GRAHAM, CHRISTOPHER G.
BINGHAM, CHERISH BINGHAM
a/k/a CHERISH BURGESS, SCOTT F.
BINGHAM, KELLY BINGHAM, and
BINGO INVESTMENTS, LLC,

C09-4518 (N.D. Ill.)

19

20

21

22

Defendants.

23

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     LVB-Ogden Marketing's ("LVB") Motion to Compel Compliance With Subpoena to CCRB Enterprises, LLC ("CCRB"), docket no. 44 (the "Motion"), is GRANTED in part and DENIED in part.  In CCRB's response to the Motion, docket no. 48, counsel for CCRB represents that he will accept service of the subpoena at issue (docket no. 45–1) on behalf of CCRB.  *Id.* at 2–3. The correspondence filed in support of the Motion suggests that counsel for CCRB is already in possession of the subpoena.  *See* Exhibit 3 to Declaration of Jonathan J. Faria in Support of Motion to Compel Compliance With Subpoena to CCRB Enterprises, LLC, docket no. 45-3.  Thus, CCRB shall produce any remaining documents responsive to the subpoena, along with its remaining objections, within thirty (30) days of this Minute Order.  Any objection not timely stated shall be deemed waived unless the Court, for good cause, excuses the failure.

(2)     CCRB's request for sanctions against LVB is DENIED.  *See* docket no. 48, at 5–7.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER- 2