UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>HENRY DEAN, as trustee of the SHARON GRAHAM BINGHAM 2007 TRUST, and PARK PLACE MOTORS, LTD.,<br><br>Respondents. | C17-528 TSZ<br><br>MINUTE ORDER |
| LVB-OGDEN MARKETING CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>PATRICK L. MCCOURT, STEPHANIE J. MCCOURT, DAVID S. BINGHAM, SHARON BINGHAM, FRANCES P. GRAHAM, CHRISTOPHER G. BINGHAM, CHERISH BINGHAM a/k/a CHERISH BURGESS, SCOTT F. BINGHAM, KELLY BINGHAM, and BINGO INVESTMENTS, LLC,<br><br>Defendants. | C09-4518 (N.D. Ill.) |

MINUTE ORDER- 1

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Trustee's Motion for Relief From Court Deadline, docket no. 55 (the "Motion"), is GRANTED in part and DENIED in part as follows. The deadline imposed by the Court's December 28, 2017, Minute Order, docket no. 53 (the "Minute Order"), is EXTENDED from January 31, 2018, to March 30, 2018. The Court finds this extension sufficient to allow counsel for Trustee, along with the third party eDiscovery company retained by Trustee, Celerity Consulting Group, to review and produce any remaining documents and a privilege log as required by the Minute Order. The parties are DIRECTED to confer in good faith prior to filing any subsequent discovery motions.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of February, 2018.

William M. McCool<br>
Clerk

s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER- 2