UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>HENRY DEAN, as trustee of the SHARON GRAHAM BINGHAM 2007 TRUST, and PARK PLACE MOTORS, LTD.,<br><br>Respondents. | C17-528 TSZ<br><br>MINUTE ORDER |
| LVB-OGDEN MARKETING CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>PATRICK L. MCCOURT, STEPHANIE J. MCCOURT, DAVID S. BINGHAM, SHARON BINGHAM, FRANCES P. GRAHAM, CHRISTOPHER G. BINGHAM, CHERISH BINGHAM a/k/a CHERISH BURGESS, SCOTT F. BINGHAM, KELLY BINGHAM, and BINGO INVESTMENTS, LLC,<br><br>Defendants. | C09-4518 (N.D. Ill.) |

MINUTE ORDER- 1

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Trustee's Motion for Stay or in the Alternative Motion for Protective Order, docket no. 68, is DENIED.

(2) Pursuant to Federal Rule of Evidence 502(d), the Court ORDERS that the Trustee will not waive the attorney-client privilege simply by producing e-mail documents to LVB-Ogden Marketing Corporation ("LVB") in response to the Court's December 28, 2017, and February 8, 2018, Minute Orders, docket nos. 53 and 67, respectively.

(3) In light of Paragraph 2, the Trustee can immediately produce to LVB all emails he has collected and has yet to review for privilege. *See* docket no. 55 at 4. LVB may then review these documents and identify responsive documents to the Trustee as they are reviewed.

(4) As set forth in this Court's February 8, 2018, Minute Order, docket no. 67, the Trustee's deadline to comply with the Court's orders compelling production of documents was March 30, 2018. No further extensions shall be granted.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER- 2